IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Wilson Dutan | ) | |
| | ) | 1:14cv342 (JCC/JFA) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Sheet Metal Remodeling, LLC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the August 21, 2014, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff and against the defendant Sheet Metal Remodeling, LLC. in the amount of $24,635.54.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia
September 22, 2014